# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

TAMMY BREWSTER,

   Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

   Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-622-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

  The decision of defendant Michael Astrue, Commissioner of Social Security, is affirmed and plaintiff Tammy Brewster's appeal is dismissed.


THERESA M. OWENS
_____
Theresa M. Owens, Clerk


/s/ M. Hardin           ____5/13/08_____
by Deputy Clerk            Date